IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUCILLE M. BRINK, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | NO.  19-2350 |

# **ORDER**

AND NOW, this 26th day of February, 2020, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. 12), defendant's Response to Request for Review of Plaintiff (Doc. 13), and plaintiff's reply thereto (Doc. 15), defendant's Motion to Stay (Doc. 14), and the decision of the United States Court of Appeals for the Third Circuit in Cirko v. Commissioner of Social Security and Bizarre v. Commissioner of Social Security, __ F.3d __, 2020 WL 370832 (3d Cir. Jan. 23, 2020), it is hereby **ORDERED** that:

1. Plaintiff's Request for Review is **GRANTED**, and the decision of the Commissioner of the Social Security Administration is **Reversed** to the extent that the matter if **REMANDED** to the Commissioner under sentence four of 42 U.S.C. §405(g) for further proceedings consistent with the Memorandum Opinion;

2. Commissioner's Motion to Stay (Doc. 14) is **DENIED AS MOOT**;

3. Judgment is entered in favor of plaintiff, reversing the decision of the Commissioner for the purpose of this remand only; and

4. The Clerk of Court is directed to mark this case as **CLOSED**.

BY THE COURT:

  /S LINDA K. CARACAPPA           
LINDA K. CARACAPPA
UNITED STATES MAGISTRATE JUDGE