IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUCILLE M. BRINK, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | NO.   19-2350 |

# ORDER

AND NOW, this 12th day of August, 2020, upon consideration of "Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act" (Doc. 20), "Defendant's Response to Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act" (Doc. 21), "Plaintiff's EAJA Reply Brief" (Doc. 22), and "Defendants Surreply to Plaintiff's EAJA Reply Brief" (Doc. 23), it is hereby ORDERED that Plaintiff's motion is DENIED.

BY THE COURT:

/S LINDA K. CARACAPPA
LINDA K. CARACAPPA
UNITED STATES MAGISTRATE JUDGE